Case 7:16-cv-00206   Document 45   Filed on 09/30/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DELFINO BAZAN | § | |
| | § | |
| | § | CIVIL ACTION NO. 7:16-CV-206 |
| VS. | § | |
| | § | CRIMINAL ACTION NO. 7:13-CR-994-3 |
| UNITED STATES OF AMERICA | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING RELIEF

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Movant Delfino Bazan's Motion to Reconsider Under Rule 59(e). After having reviewed the said Report and Recommendation, and after appropriate review of Movant's objections, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED AND DECREED that the conclusion in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry Number 42 is hereby adopted by this Court.

It is further ORDERED that Movant's Motion to Reconsider Under Rule 59(e) is DENIED and that a certificate of appealability is also DENIED.

The Clerk shall send a copy of this Order to Movant and counsel for Respondent.

SO ORDERED September 30, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge